No. 10–9742 (10A955). COOK *v.* ARIZONA. Super. Ct. Ariz., County of Mohave. Application for stay of execution of sentence

of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.